# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| BELINDA BUTLER, a/k/a | : | CASE NO: 15-11466MDC |
| BELINDA WHITFIELD | : | |
| | : | |
| Debtor | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO CLERK OF COURT

Please be advised that Debtor withdraws the Motion to Declare Lien Satisfied, filed on February 12, 2020. Doc. No. 45.

/s/ Alfonso Madrid
ALFONSO MADRID
Community Legal Services of Philadelphia
Attorney for Debtor
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 215-227-4795
(215)227-2435
amadrid@clsphila.org