**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Belinda R. Butler aka Belinda Whitfield<br>Debtor | CHAPTER 13 |
| M&T Bank<br>Movant | |
| vs. | NO. 15-11466 MDC |
| Belinda R. Butler aka Belinda Whitfield<br>Respondent | |

## <u>ORDER</u>

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation

is approved by the Court. However, this court retains discretion regarding entry of any further order.

BY THE COURT:

April 27, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY COURT