```
                    United States Bankruptcy Court
                    Eastern District of Pennsylvania
```

In re:                                                            Case No. 15-11466-mdc
Belinda R Butler                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: TashaD              Page 1 of 1              Date Rcvd: Apr 27, 2020
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.
db             +Belinda R Butler,    2930 N. Ringgold Street,    Philadelphia, PA 19132-1907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Belinda R Butler amadrid@clsphila.org
              ANDREW F GORNALL     on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS     on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO     on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Belinda R. Butler aka Belinda Whitfield<br>                              Debtor<br><br>M&T Bank<br>                              Movant<br><br>         vs.<br><br>Belinda R. Butler aka Belinda Whitfield<br>                              Respondent | CHAPTER 13<br><br><br><br>NO. 15-11466 MDC |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

BY THE COURT:

April 27, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY COURT