```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 15-11466-mdc
Belinda R Butler                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: TashaD              Page 1 of 2              Date Rcvd: Jul 16, 2020
                              Form ID: 138NEW           Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Belinda R Butler,    2930 N. Ringgold Street,    Philadelphia, PA 19132-1907
13483274        M & T Bank,    1 M&T Plaza,    Buffalo, NY 14203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:33:58      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:33:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2020 04:33:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13483267        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 04:38:29      Cap One,
                 Po Box 85520,    Richmond, VA 23285
13483271       +E-mail/Text: ebn@mycps.com Jul 17 2020 04:33:57      CPS Security,    11118 Wurzbach Rd,
                 Suite 100,   San Antonio, TX 78230-2610
13483268       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 04:37:43      Cap One,
                 Po Box 26625,    Richmond, VA 23261-6625
13524992        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 04:38:11      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13529967       +E-mail/Text: bankruptcy@cavps.com Jul 17 2020 04:33:53      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13483270        E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:33:58
                 City of Philadelphia - c/o Law Dept.,    1515 Arch St.,    Philadelphia, PA 19102-1595
13483272       +E-mail/PDF: pa_dc_ed@navient.com Jul 17 2020 04:38:31      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13483273       +E-mail/Text: bankruptcy@hsn.net Jul 17 2020 04:34:13      Home Shopping Network,    1 HSN Drive,
                 Saint Petersburg, FL 33729-0001
13483269        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 04:38:27      Chase/Circuitcity,
                 Po Box 15298,    Wilmington, DE 19850
13500042        E-mail/Text: camanagement@mtb.com Jul 17 2020 04:33:27      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13529855        E-mail/PDF: pa_dc_claims@navient.com Jul 17 2020 04:37:45      Navient Solutions Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA  18773-9635
13483275       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2020 04:33:17
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13593726       Internal Revenue Service
13593727       Pennsylvania Department of Revenue
                                                                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Belinda R Butler amadrid@clsphila.org
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
```

```
District/off: 0313-2           User: TashaD               Page 2 of 2                   Date Rcvd: Jul 16, 2020
                               Form ID: 138NEW            Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Belinda R Butler
      Debtor(s)

Bankruptcy No: 15−11466−mdc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 7/16/20

54 − 53
Form 138_new